IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA ALLIANCE OF CHILD & FAMILY SERVICES,<br><br>    Plaintiff,<br><br>  v.<br><br>WILL LIGHTBOURNE, Director of the California Department of Social Services, in his official capacity, GREG ROSE, Deputy Director of the Children & Family Services Division of the California Department of Social Services, in his official capacity,<br><br>    Defendant.<br>_____ / | No. C 12-01125 WHA<br><br>**ORDER REGARDING STIPULATION TO CONTINUE HEARING ON MOTION FOR PRELIMINARY INJUNCTION AND REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT** |

The Court hereby **GRANTS** in part the parties' stipulation as follows:

1. The hearing on plaintiff's motion for preliminary injunction is **CONTINUED** to **JULY 12, 2012, AT 8:00 A.M.**

2. This case is hereby **REFERRED** to **MAGISTRATE JUDGE JOSEPH C. SPERO** for **MEDIATION/SETTLEMENT**.

3. The Court **DENIES** a continuance of the case management conference to July 12, 2012.

**IT IS SO ORDERED.**

Dated: May 1, 2012.

                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE