IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA ALLIANCE OF CHILD & FAMILY SERVICES,

    Plaintiff,

  v.

WILL LIGHT BOURNE, Director of the California Department of Social Services, in his official capacity, GREG ROSE, Deputy Director of the Children & Family Services Division of the California Department of Social Services, in his official capacity,

    Defendants.
    /

No. C 12-01125 WHA

**ORDER ADVANCING CASE MANAGEMENT CONFERENCE**

The parties' stipulation proposes advancing the case management conference prior to June 13 due to counsel's unavailability. Therefore, the Court **ADVANCES** the case management conference to **JUNE 7, 2012, AT 3:00 P.M.** Please file a joint case management statement at least seven days prior.

**IT IS SO ORDERED.**

Dated: May 9, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE