IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA ALLIANCE OF CHILD & FAMILY SERVICES,<br><br>    Plaintiff,<br><br>  v.<br><br>WILL LIGHT BOURNE, Director of the California Department of Social Services, in his official capacity, GREG ROSE, Deputy Director of the Children & Family Services Division of the California Department of Social Services, in his official capacity,<br><br>    Defendants.<br>                                                 / | No. C 12-01125 WHA<br><br>**ORDER ADVANCING CASE MANAGEMENT CONFERENCE** |

The parties' stipulation proposes advancing the case management conference prior to June 13 due to counsel's unavailability.  Therefore, the Court **ADVANCES** the case management conference to **JUNE 7, 2012, AT 3:00 P.M.**  Please file a joint case management statement at least seven days prior.

**IT IS SO ORDERED.**

Dated: May 9, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE